**Exhibit 1**

















