**Exhibit 2**



A registered ISO 9001:2008 laboratory

4207-1 Milgen Road, Columbus, GA  31907      Telephone:  844-309-6337      www.textest.com

|  |  |
|---|---|
| TexTesT Report: | 4581 |
| Date: | 4/10/17 |
| Page: | 1 of 5 |

**CLIENT:** **LAW OFFICES OF HOWARD W. RUBENSTEIN**
4000 North Ocean Drive East Tower 201
Singer Island, FL  33404

ATTN:  Howard Rubenstein

**SAMPLE IDENTIFICATION:**
LABELED 100%  PIMA COTTON
SAMPLE #1    BED BATH & BEYOND   WAMSUTTA DREAM ZONE
PimaCott®    Grown in California    RN100350  CA 53138  1000 Count
Made in India

**SAMPLE #1**

FIBER LENGTH AND DISTRIBUTION
ASTM D 5103

| | Length Group Lower Limit (in.) | Number of Fibers | Percent of Total | |
|---|---|---|---|---|
| | 2.040 | 0 | 0 | |
| | 1.920 | 0 | 0 | |
| | 1.800 | 0 | 0 | |
| | 1.680 | 0 | 0 | |
| Extra Long | 1.560 | 0 | 0 | Probability |
| Long | 1.440 | 1 | 1 | 2% PIMA Cotton |
| Medium | 1.320 | 0 | 0 | |
| Short | 1.200 | 1 | 1 | |
| | 1.080 | 6 | 6 | |
| | 0.960 | 7 | 7 | |
| | 0.840 | 17 | 17 | |
| | 0.720 | 25 | 25 | |
| | 0.600 | 16 | 16 | |
| | 0.480 | 24 | 24 | |
| | 0.360 | 3 | 3 | |
| | 0.240 | 0 | 0 | |
| | 0.120 | 0 | 0 | |
| | 0.000 | 0 | 0 | |
| | | 100 | 100 | |

| | |
|---|---|
| Total | |
| Average Length | 0.753 |
| Standard Deviation | 0.22 |
| Coefficient of Variation | 0.29 % |

TEXTEST LLC

*Ann R. Underwood*
signed by

TexTesT Report: 4581
Date: 4/10/17
Page: 2 of 5

| SAMPLE IDENTIFICATION: | LABELED 100% PIMA COTTON |
| --- | --- |
| | SAMPLE #1    BED BATH & BEYOND   WAMSUTTA DREAM ZONE |
| | PimaCott®    Grown in California    RN100350  CA 53138   1000 Count |
| | Made in India |



| SUMMARY COMPARISON | 1 |
| --- | --- |
| Average Length inches | 0.753 |
| Std. Deviation | 0.218 |
| Coefficient of Varation | 0.29 % |
| Maximum | 1.45 |
| Minimum | 0.374 |

American Pima Standard  1.2 to 1.48"
Supima Standard 1.25" to 1.56"
Egyptian ELS Std 1.5" to  2.5"
GIZA 87 93 Std. 1.4 to 1.45"
Short Fiber Content= Less the 0.5"



<s>
</s>


# WAMSUTTA. DREAM ZONE.



### the new standard in pima purity

Experience luxury that lasts. Wamsutta linens are made with PimaCott® - a verified pure pima cotton, grown in the San Joaquin Valley, CA. The purity of our extra long and dense fibers makes PimaCott® softer, more durable, and more vibrant than regular cotton. Never blended or contaminated, you're getting the purest pima possible. It's the Wamsutta quality you expect and the luxuriousness you'll enjoy for years to come.

Wamsutta's commitment to innovation brings you pillowcases that have a tailored European envelope design that holds the pillow in place and neatly covers the end of a pillow.

## 2 STANDARD/QUEEN PILLOWCASES
### 100% PIMA COTTON / 100% COTON PIMA

# 1000
### thread count

Finished Size 20 in x 28 in (50 cm x 71 cm)
Fits Pillow 20 in x 28 in (50 cm x 71 cm)

Machine washable. See care label on product for complete laundering instructions.
Lavable à la machine. Voir le mode d'entretien complètes sur l'étiquette du produit.

2 FUNDAS ESTÁNDAR/QUEEN              CONTENIDO: 2 PIEZAS
100% Algodón Pima           50 cm x 71 cm / ajustable a las almohadas 50 cm x 71 cm
Lávese a máquina. Ver en la etiqueta completas las instrucciones para el lavado.

**FULL LIFETIME WARRANTY**
From the date of purchase of this product, Bed Bath & Beyond will replace this product or refund the purchase price in the event of any malfunction or defect. To receive warranty service, please return this product with the original receipt to any Bed Bath & Beyond location. This warranty gives you specific legal rights; you may also have other rights, which vary from state to state.

MADE EXCLUSIVELY FOR
BED BATH & **BEYOND**®
650 LIBERTY AVENUE, UNION, NJ 07083
© BED BATH & BEYOND INC. AND ITS SUBSIDIARIES

IMPORTADORA BBBMEX S. DE R.L. DE C.V.
BLVD. MANUEL AVILA CAMACHO #2228        RN 100350
COL. BOULEVARES, NAUCALPAN DE JUÁREZ    CA 53138
ESTADO DE MÉXICO C.P. 53140 MÉXICO
R.F.C. IBB-060425-DI8                   MADE IN INDIA
                                        FABRIQUÉ EN INDE
WWW.WAMSUTTA.COM                        HECHO EN INDIA



1000TC SOLID   WHITE
4 44100 27840 0
STANDARD PILLOWCASE