**Exhibit 3**

# BED BATH & BEYOND
1-800-GO-BEYOND  www.bedbathandbeyond.com

| | ORDER DATE: 03/23/2017 | GIFT PACKAGING: N | PAYMENT METHOD: |
|---|---|---|---|
| **ORDER NUMBER** BBB6092643925 | PROCESS DATE: 03/23/2017 | SHIPPING SERVICE: GRNDR | FULFILLED BY: ATL |

| QTY | ITEM NUMBER | ITEM DESCRIPTION | COLOR/SIZE | PRICE |
|---|---|---|---|---|
| 1 | 46804990 | DREAMZONE 1000 PIMA WHITE S | WHITE | $69.99 |

Easy Returns- Peel Away Label Below

**ORDER BY:**
Candace Hardy
850 N Miami Ave
Apt 1709
Miami, FL 33136-3529

**ORDER DATE:** 03/23/2017

**PROCESS DATE:** 03/23/2017

**TRACKING NUMBER:**
961213714924468036520

**ORDER NO:**
BBB6092643925

**CARTON NO:**
0004800657028104254

FedEx Ground
Actual Weight: 1.3 LBS
System#: 464046 / FXRS11.0

*** RETURN LABEL ***
POF: 410391160

From: Candace Hardy
850 N Miami Ave
Apt 1709
Miami, FL 33136  +1-413-8476026

To: Bed Bath & Beyond #658
Returns Processing Center
Door 61
860 John B. Brooks Rd
Pendergrass, GA 30567

CARTON: 0004800657028104254
Ctl: 6092643925

1 of 1

(9612137) 1492448 68036520   RETURN MGR

GND Prepaid

RETURN SECTION: Please see reverse side for return instructions.

| QTY | REASON CODE | ITEM NUMBER/UPC | ITEM DESCRIPTION | PRICE |
|---|---|---|---|---|
| | | 46804990/444100278400 | DREAMZONE 1000 PIMA WHITE 5PC | $69.99 |

**SHIPPED TO:**
Candace Hardy
850 N Miami Ave
Apt 1709
Miami, FL 33136

**CARTON NO:**
0004800657028104254

**ORDER NO:**


BBB6092643925

Page 2 of 2

# THANK YOU
## FOR YOUR PURCHASE!



Bed Bath & Beyond #658
Returns Processing Center
Door 61
860 John B. Brooks Rd
Pendergrass, GA 30567

1-800-GO-BEYOND
customer.service@bedbath.com

ORDER NO: BBB6092643925
CARTON NO: 00048006570281044254

## RETURN INSTRUCTIONS

We gladly accept returns or exchanges at any of our stores or by mail.

### TO A STORE:

1. Please remember to bring the packing slip with you to the store. Without this packing slip you may receive an exchange or a merchandise credit only.
2. To find the location of a store nearest you, please call 1-800-GO-BEYOND (1-800-462-3966) or visit us on the web at www.bedbathandbeyond.com
3. Gifts may be exchanged or refunded in the form of a merchandise credit for the amount paid.

### BY MAIL:

1. On the bottom portion of your original packing slip circle the item(s) you wish to return and enter the quantity of each item you are returning.
2. Choose a Reason Code from the list below and enter its code next to each circled item.
3. Detach the bottom portion of the packing slip and include it with the item(s) you are returning. Refunds for returns without the return section of the packing slip may be delayed.
4. Pack your return securely. Apply the attached FREE prepaid shipping label to the upper left-hand corner of the carton. NOTE: Please make sure the carton is free of any other shipping labels.
5. If no prepaid shipping label is provided, please follow the instructions on the label portion of the packing slip.
6. Please retain tracking information for your return package as Bed Bath & Beyond is not responsible for lost or undelivered items.

### REFUND DETAILS:

Refunds with an original receipt or packing slip will be refunded to the original method of payment. Shipping and delivery charges are non-refundable. Cash purchases will be refunded in the form of a check.

Gift returns will be refunded in the form of a merchandise credit.

## REASONS FOR YOUR RETURN

Choose a reason from the list below and write the code next to the item(s) you are returning under the "Reason Code" column in the return section of the packing slip.

| QUALITY | SERVICE | FIT | OTHER |
|---|---|---|---|
| Q1. Quality not as expected | S1. Arrived too late | F1. Item too big | O1. Wrong item ordered |
| Q2. Defective | S2. Wrong item shipped | F2. Item too small | O2. Returning a gift |
| Q3. Arrived damaged, shipping carton intact | S3. Damaged in transit | F3. Item does not fit correctly | O3. Changed my mind |
| | S4. Item not as described/ pictured | | O4. Other |
| | S5. Duplicate shipment | | |

Please Process A: _____ Refund _____ Replacement   (Check Mark Your Preference '✓')
Contact Phone #: _____  Email: _____

Contact us anytime at customer.service@bedbath.com or 1-800-GO-BEYOND. We're available 24/7 to help you. Your email address will only be used to contact you regarding
do not sell Personal Information and we do not disclose Personal Information to any other party...