IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-22315-RNS

CANDACE HARDY, individually

and on behalf of all others similarly situated,

        Plaintiff,                            CLASS ACTION

v.

BED BATH & BEYOND, INC.,

        Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Plaintiff files this response in opposition to Defendant's Motion to Dismiss Complaint (Docket Entry 12).

Defendant's motion seeks dismissal of Plaintiffs Original Class Action Complaint. On October 2, 2017, Plaintiff filed her First Amended Class Action Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Under these circumstances, Defendants Motion to Dismiss Complaint (Docket Entry 12), should be dismissed as moot:

> Because Plaintiff has since filed an Amended Complaint, the Amended Complaint supersedes Plaintiff's initial Complaint. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint."); *Varnes v. Local 91, Glass Bottle Blowers Ass'n*, 614 F.2d 1365, 1370 n.6 (11th Cir. 1982) ("As a general rule, an amended complaint supersedes and replaces the original complaint unless the amended specifically refers to or adopts the earlier pleading."). Furthermore, the filing of the Amended Complaint renders Defendants' Motion to Dismiss moot because the motion

1

      seeks to dismiss a pleading that has since been superseded. *See Renal Treatment Ctrs-Mid-Atlantic, Inc. v. Franklin Chevrolet-Cadillac-Pontiac-GMC*, No. 608CV87, 2009 WL 995564, at *1 (S.D. Ga. Apr. 13, 2009) (noting that a pleading superseded by an amended complaint was "entirely irrelevant," and therefore concluding that the motion to dismiss the original pleading was moot).

Peralte v. Seterus, Inc., 1:15-CV-22586-UU, 2015 WL 12828121, at *1 (S.D. Fla. Aug. 31, 2015).

      Plaintiff regrets the necessity of burdening the Court with this Response. Plaintiff presented opposing counsel with the First Amended Class Complaint and requested a stipulation that Docket Entry 12 was moot. Counsel for Defendant declined to so stipulate.

      Plaintiff respectfully requests that Defendant's Motion to Dismiss Complaint be denied as moot.

**Dated: October 2, 2017**

      **Respectfully Submitted,**

By: /s/ *Angela Arango-Chaffin*
Angela Arango-Chaffin, Esq.
Fla. SBN: 87919
angela@chaffinlawfirm.com
540 West Avenue, Suite 1113
Miami Beach, FL. 33139
(713) 818-2515
*Attorney for Plaintiff CANDACE HARDY and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, this document was electronically filed with the Clerk of the Court using the CM/ECF system which in turn will serve a copy by electronic mail to all counsel of record.

/s/ *Angela Arango-Chaffin*
Angela Arango-Chaffin, Esq.