United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Candace Hardy, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-22315-Civ-Scola |
| | ) |
| Bed Bath & Beyond, Inc., | ) |
| Defendant. | ) |

### Order Dismissing Case

The Court dismissed Plaintiff Candace Hardy's amended complaint in this case on March 9, 2018 because she had failed to adequately allege standing. (Order, ECF No. 39.) The Court afforded Hardy, however, the opportunity to fix certain deficiencies by filing a second amended complaint on or before March 22, 2018. That deadline has come and gone and Hardy has not filed another complaint.

Accordingly, because Hardy has not filed a second amended complaint, the Court **dismisses** her case, albeit **without prejudice** as to her claims under section 501.211(1) of the Florida Deceptive and Unfair Trade Practices Act and the Federal Declaratory Judgments Act. Her other claims, as addressed in the Court's prior order (ECF No. 39), are **dismissed with prejudice**. The Clerk is directed to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered**, at Miami, Florida, on March 23, 2018.

_____
Robert N. Scola, Jr.
United States District Judge